

**VIA ELECTRONIC MAIL**

November 27, 2019

Namecheap
4600 East Washington Street
Suite 305
Phoenix, AZ 85034

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States.

We have determined that a Namecheap user has infringed our member record companies' copyrighted sound recordings.

Enclosed is a subpoena compliant with the Digital Millennium Copyright Act. The subpoena requires that Namecheap provide the RIAA with information concerning the individual offering infringing material described in the attached notice.

As is stated in the attached subpoena, Namecheap is required to disclose to the RIAA information sufficient to identify the infringer. This would include the individual's name, physical address, IP address, telephone number, e-mail address, payment information, account updates and account history.

Thank you for your cooperation in this matter. If you have any questions please feel free to contact me via email at antipiracy@riaa.com, via telephone at (202) 775-0101, or via mail at RIAA, 1025 F Street N.W., 10th Floor, Washington, D.C., 20004.

Sincerely,

Victoria Sheckler
Deputy General Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: ) | Case Number: |
| ) | |
| DMCA 512(h) SUBPOENA TO ) | |
| NAMECHEAP ) | **DECLARATION OF MARK McDEVITT** |
| ) | |
| ) | **IN SUPPORT OF ISSUANCE OF** |
| ) | **SUBPOENA PURSUANT TO 17 U.S.C §** |
| ) | **512(h)** |

I, MARK McDEVITT, the undersigned, declare that:

1.      I am Senior Vice President, Online Content Protection for the Recording Industry Association of America, Inc. (RIAA). The RIAA is a trade association whose member companies create, manufacture or distribute sound recordings. The RIAA is authorized to act on its member companies' behalf on matters involving the infringement of their copyrighted video and sound recordings.

2.      The RIAA is requesting the attached proposed subpoena that would order Namecheap to disclose the identity, including name, physical address, IP address, telephone number, e-mail address, payment information, account updates and account history of the user operating the following websites:

>  https://flaccd.org/tech-n9ne-enterfear-level-1-2019/
>
>  https://flaccd.org/celine-dion-courage-2019/
>
>  https://flaccd.org/ed-sheeran-no-6-collaborations-project-2019/
>
>  https://nox4.ovzy.xyz/@download/65311-5ddc5b9cad41f-5875953-244-192-mp3-5875953/mp3/6GCNUeTFSbA/Maniac.mp3
>
>  https://nox4.ovzy.xyz/@download/24184-5ddc5c1e8cae3-4468522-186-192-mp3-4468522/mp3/B4c_SkROzzo/Matthew%252BWilder%252B-%252BBreak%252BMy%252BStride%252B%252528Official%252BAudio%252529.mp3

https://nox1.ovzy.xyz/@download/34025-5ddc5c59a1827-9406340-391-192-mp3-9406340/mp3/V9AbeALNVkk/Twisted%252BSister%252B-%252BWe%252526%252523039%25253Bre%252BNot%252BGonna%252BTake%252Bit%252B%252528Extended%252BVersion%252529%252B%252528Official%252BMusic%252BVideo%252529.mp3

https://www.dbree.co/9yf

https://www.dbree.co/42i

https://www.dbree.co/6eb

3.      The purpose for which this subpoena is sought is to obtain the identity of the individual assigned to these websites who has induced the infringement of, and has directly engaged in the infringement of, our members' copyrighted sound recordings without their authorization. This information will only be used for the purposes of protecting the rights granted to our members, the sound recording copyright owner, under Title II of the Digital Millennium Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Washington, District of Columbia, on November 27, 2019.

_____
Mark McDevitt



<u>**VIA ELECTRONIC MAIL**</u>

November 27, 2019

Namecheap
4600 East Washington Street
Suite 305
Phoenix, AZ 85034

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet.

We believe Namecheap is hosting the below-referenced domain names on its network. The websites associated with these domain names offer files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URLs below. We have a good faith belief that the above-described activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We also ask that you consider the widespread and repeated infringing nature of the site operator(s)' conduct, and whether the site(s)' activities violate your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained.

You may contact me at RIAA, 1025 F Street N.W., 10th Floor, Washington, D.C., 20004, Tel. (202) 775-0101, or e-mail antipiracy@riaa.com, to discuss this notice. Thank you for your assistance in this matter.

Sincerely,

Victoria Sheckler
Deputy General Counsel


*Celine Dion – Courage*
https://flaccd.org/celine-dion-courage-2019/

*Ed Sheeran – No. 6 Collaborations Project*
https://flaccd.org/ed-sheeran-no-6-collaborations-project-2019/

*Tech N9ne - EnterFear Level 1*
https://flaccd.org/tech-n9ne-enterfear-level-1-2019/

*Michael Sembello - Maniac*
https://nox4.ovzy.xyz/@download/65311-5ddc5b9cad41f-5875953-244-192-mp3-5875953/mp3/6GCNUeTFSbA/Maniac.mp3

*Matthew Wilder - Break My Stride*
https://nox4.ovzy.xyz/@download/24184-5ddc5c1e8cae3-4468522-186-192-mp3-4468522/mp3/B4c_SkROzzo/Matthew%252BWilder%252B-%252BBreak%252BMy%252BStride%252B%252528Official%252BAudio%252529.mp3

*Twisted Sister - We're Not Gonna Take It*
https://nox1.ovzy.xyz/@download/34025-5ddc5c59a1827-9406340-391-192-mp3-9406340/mp3/V9AbeALNVkk/Twisted%252BSister%252B-%252BWe%252526%252523039%25253Bre%252BNot%252BGonna%252BTake%252Bit%252B%252528Extended%252BVersion%252529%252B%252528Official%252BMusic%252BVideo%252529.mp3

*Lil Uzi Vert - Thailand*
https://www.dbree.co/9yf

*Taylor Swift - Lover*
https://www.dbree.co/42i

*Ozzy Osbourne - Under The Graveyard*
https://www.dbree.co/6eb